# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEH JALIL,<br><br>                    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                    Defendant. | Case No.: 14cv2337-MMA (MDD)<br><br>**ORDER RE: JOINT MOTION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Doc. No. 26] |

      On January 4, 2018, Plaintiff Fateh Jalil and Defendant Midland Credit Management, Inc. jointly filed a stipulation of dismissal of the above-captioned matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Doc. No. 26.  Accordingly, this case is **DISMISSED WITH PREJUDICE**.  Each party must bear its own attorneys' fees and costs.  The Clerk of Court is instructed to close this case.

      **IT IS SO ORDERED**.

Dated: January 4, 2018

*Michael M. Anello* (signature)

Hon. Michael M. Anello
United States District Judge